UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALCOLM MADISON,<br><br>       Plaintiff,<br><br> -against-<br><br>LINCOLN HOSPITAL EMERGENCY UNIT ON 149 ST IN THE BRONX NEW YORK,<br><br>       Defendant. | 1:21-CV-0473 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued March 5, 2021, dismissing this action,

  IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims under federal law for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to consider, under its supplemental jurisdiction, Plaintiff's claims under state law. 28 U.S.C. § 1367(c)(3).

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 5, 2021
    New York, New York

                    *Louis L. Stanton*
                     Louis L. Stanton
                       U.S.D.J.